### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| EDINA KIM, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24-cv-08186 |
| | ) | |
| v. | ) | Hon. Judge Matthew F. Kennelly |
| | ) | |
| NANCY R. SNOW, an individual, | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF THE PARTIES

WHEREAS on November 11, 2024, Plaintiff Edina Kim ("Plaintiff") filed an Amended Complaint (Dkt. 11) against Defendant Nancy Snow ("Defendant") asserting a claim for quiet title (Count I) to the property located at 2464 Hampton Lane, Northbrook, Illinois 60062 (the "Northbrook Property") and to remove a memorandum of judgment recorded by Defendant against the Northbrook Property on November 3, 2023 in the office of the Cook County Clerk as Document No. 2330757006 based on a judgment Defendant obtained against Plaintiffs' then husband, Peter Huh, and a claim for slander of title (Count II) for damages allegedly incurred in connection with the removal of the memorandum of judgment from title.

WHEREAS on November 29, 2024, Defendant filed an answer to the complaint denying all substantive allegations.

WHEREAS on March 21, 2025, a Judgment of Dissolution of Marriage was entered in the action, styled *Edina Kim v. Peter Huh,* Case No. 2022 D 1590 (the "Divorce Action"), in which Plaintiff was awarded the Northbrook Property free from any claim from Peter Huh.

THEREFORE, the parties hereby stipulate and agree as follows:

1. that judgment shall be entered in favor of Plaintiff and against Defendant, finding and declaring that the Memorandum of Judgment constitutes an improper cloud on Plaintiff's title to the Northbrook Property and, as such, is null and void;

2. that title to the Northbrook Property shall be solely in Plaintiff's name in fee simple, free and clear of the Memorandum of Judgment; and

3. copy of the judgment order shall be recorded with the Cook County Clerk's Office causing a release of the Memorandum of Judgment against the real property located at 2464 Hampton Lane, Northbrook, Illinois 60062, legally described as follows:

    LOT 7 IN STONEBROOK EAST SUBDIVISION OF THE WEST 5.0 ACRES (EXCEPT THAT PART THEREOF DEDICATED FOR ROAD PURPOSES) OF THE NORTH ½ OF THE NORTHEAST ¼ OF THE NORTHEAST ¼ OF SECTION 20, TOWNSHIP 42 NOTH, RANGE 12, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS

    Permanent Index No.: 04-20-207-039-0000

4. Count II of the amended complaint shall be dismissed, with prejudice.

5. The parties to each pay their own attorneys' fees and costs.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| By: /s/ Kevin Sterling<br>Kevin Sterling (ARDC No. 6216907)<br>The Sterling Law Office LLC<br>112 S. Sangamon St., Suite 101<br>Chicago, IL 60607<br>Telephone: (312) 670-9744<br>E-mail: kevin@thesterlinglaw.com<br><br>*Counsel for Plaintiff* | By:/s/ Mitchell J. Edlund<br>Mitchell J. Edlund (6229190)<br>COZEN O'CONNOR<br>123 N. Wacker Drive, Suite 1800<br>Chicago, IL 60606<br>Telephone: (312) 474-7900<br>Facsimile: (312) 382-8910<br>Email: medlund@cozen.com<br><br>*Counsel for Defendant* |

LEGAL\80272256\7